B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

**In re**  Dickson, Michael L

Case No. **24-70170**

**Debtor**

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................... **$3,000.00**

   Prior to the filing of this statement I have received ................................................. **$0.00**

   Balance Due ................................................................................................................. **$3,000.00**

2. **$338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

4. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

5. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☑ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

   In return for the above-disclosed post petition fee, Attorney has agreed to render legal service for all aspects of the bankruptcy case, including: Informing Client of Client's rights and responsibilities under the Bankruptcy Laws; (b) providing consultation to enable the Client to make an informed decision about continuing in a Chapter 7; (c) advising Client of all available exemptions; (d) assisting the Client in complying with all of the requirements imposed by the Bankruptcy Laws and Rules; (e) sending any required post-filing correspondence; (f) calculating current monthly income to determine if any presumption of abuse would arise under the Bankruptcy Code; (g) preparation and filing of the Chapter 7 Schedules and other documents needed to have a complete bankruptcy filing according to the Bankruptcy Code and Local Rules; (h) file any suggestion of bankruptcy as required; (i) negotiate with the Trustee on any issues stemming from valuation of debtor's assets; (j) review the debtor's credit report after the discharge and consult with the debtor as to same. The Firm will continue to represent the Client in the case even where the Client chooses not to retain the Firm for postpetition services until the Court enters an order allowing the Firm to withdraw from representation. The debtor has also paid to the Attorney a Court Filing Fee of $338 and the cost of a credit report of $25.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

B2030 (Form 2030) (12/15)

    a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

By agreement with Client, the above disclosed fee does not include the following services; the contract of employment does not include representing Client, either as a Plaintiff or a Defendant, in any adversary proceeding, filed in or in connection with this case. Should Attorney agree to represent Client in an adversary proceeding, a different contract of employment shall be executed between the parties under such terms and conditions as the parties deem mutually acceptable.

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **11/13/2024** | **/s/ Stuart M Price** |
|---|---|
| *Date* | Stuart M Price |
| | *Signature of Attorney* |
| | Bar Number: 3821835 |
| | Resolve Law Group |
| | 801 Travis Street Suite 2101 |
| | Houston, TX 77002 |
| | Phone: (737) 707-4217 |
| | **Resolve Law Group** |
| | *Name of law firm* |

---